IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA



Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:08mj242 |
| ) | |
| FELICIA ANNMARIE DIXON-WARD ) | |
| ) | |
| Defendant ) | |
| ) | |

## ORDER OF DISMISSAL

Upon motion of the United States of America, the Criminal Complaint in the above-referenced matter is Ordered dismissed without prejudice.

/s/Thomas Rawles Jones, Jr.
_____
The Honorable T. Rawles Jones, Jr.
United States Magistrate Judge
Eastern District of Virginia

I ask for this:

Robert W. Wiechering
Assistant United States Attorney